# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

OPERATING ENGINEERS HEALTH AND
WELFARE TRUST FUND FOR NORTHERN
CALIFORNIA, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**V.**

HAMMAN'S INC., a California Corporation, and
JAMES DEAN HAMMAN, Individually

CV 08

0680

PJH

TO: (Name and address of defendant)

James D. Hamman
Agent for Service of Process
Hamman's Inc.
9550 Occidental Road
Sebastopol, California 95472

James D. Hamman
9550 Occidental Road
Sebastopol, California 95472

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Muriel B. Kaplan, Esq.
Saltzman & Johnson Law Corporation
120 Howard St., Suite 520
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within 20    days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE____JAN 2 9 2008____

(BY) DEPUTY CLERK