Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HAMMAN'S INC., and JAMES DEAN HAMMAN,<br><br>Defendants. | Case No.: C08-0680 PJH<br><br>**REQUEST FOR ENTRY OF DEFAULT, DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF** |

TO THE CLERK:

Please enter the default of defendant HAMMAN'S INC., and JAMES DEAN HAMMAN individually on the Complaint in the above-entitled action. This request is based on the fact that defendant have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

1. A Complaint was filed by plaintiffs in this matter on January 29, 2008.

2. Defendants were served on February 1, 2008.

-1-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C08-0680 PJH**

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\Request for Default.DOC

2.   A Proof of Service on Summons was filed with the Court on February 6, 2008.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 28th day of February, 2008, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs