1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C08-0530 MMC |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS, | |
| Defendant. | |

20

I, the undersigned, declare:

        I am a citizen of the United States and am employed in the County of San Francisco, State

of California.  I am over the age of eighteen and not a party to this action.  My business address is

120 Howard Street, Suite 520, San Francisco, California 94105.

        On March 3, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT;**
**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**

///
///

-1-
**PROOF OF SERVICE**
**Case No.: C08-0530 MMC**

1  on the interested parties in said action by placing a true and exact copy of each document in a

2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

3  Francisco, California, addressed as follows:

4

5  **Frank Mitchell**
   **dba Mitchell Construction Drywall Metal Studs**
   **310 Rancho Murieta Drive, Apt. D**
6  **Vacaville, California 95687**

7

8      I declare under penalty of perjury that the foregoing is true and correct and that this

9  declaration was executed on this 3rd day of March, 2008, at San Francisco, California.

10

11
                    _____/s/_____
12                        Vanessa de Fábrega

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\C08-0530 MMC Proof of Service 030308.doc