Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HAMMAN'S INC., and JAMES DEAN HAMMAN,<br><br>    Defendants. | Case No.: C08-0680 PJH<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On March 3, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT,
DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**

-1-
**PROOF OF SERVICE**
**Case No.: C08-0680 PJH**

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\C08-0680 PJH Proof of Service 030308.DOC

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **James D. Hamman** | **James D. Hamman** |
| **Agent for Service of Process** | **9550 Occidental Road** |
| **Hamman's Inc.** | **Sebastopol, CA 95472** |
| **9550 Occidental Road** | |
| **Sebastopol, CA 95472** | |

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3rd day of March, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega