**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                      415.522.2000

March 6, 2008


RE:  <u>CV 08-00680 PJH</u>          <u>GIL CROSTHWAITE-v- HAMMAN&#039;S INC.</u>


Default is entered as to Defendants Hamman's Inc. and James Dean Hamman on March 6, 2008.




                                        RICHARD W. WIEKING, Clerk

                                        *Felicia Reloba*
                                        by Felicia Reloba
                                        Case Systems Administrator




NDC TR-4  Rev. 3/89