1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 GIL CROSTHWAITE, et al., as Trustees of the    Case No.: C08-0680 PJH
12 OPERATING ENGINEERS HEALTH AND
   WELFARE TRUST FUND FOR NORTHERN              **PROOF OF SERVICE**
13 CALIFORNIA; et al.,

14          Plaintiffs,

15 v.

16

17 HAMMAN'S INC., and JAMES DEAN
   HAMMAN,

18

19          Defendants.

20

21         I, the undersigned, declare:

22         I am a citizen of the United States and am employed in the County of San Francisco, State

23 of California.  I am over the age of eighteen and not a party to this action.  My business address is

24 120 Howard Street, Suite 520, San Francisco, California 94105.

25         On March 3, 2008, I served the following document(s):

26                    **REQUEST FOR ENTRY OF DEFAULT,**
27         **DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**

28                                                                    -1-
                                                        **PROOF OF SERVICE**
                                                    **Case No.: C08-0680 PJH**

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\C08-0680 PJH Proof of Service 030308.DOC

1

2 on the interested parties in said action by placing a true and exact copy of each document in a

3 sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

4 Francisco, California, addressed as follows:

5

6        **James D. Hamman**        **James D. Hamman**
       **Agent for Service of Process**   **9550 Occidental Road**

7        **Hamman's Inc.**          **Sebastopol, CA 95472**
       **9550 Occidental Road**

8        **Sebastopol, CA 95472**

9

10     I declare under penalty of perjury that the foregoing is true and correct and that this

11 declaration was executed on this 3rd day of March, 2008, at San Francisco, California.

12

13              _____/s/_____
                Vanessa de Fábrega

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28