Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., | Case No.: C08-0680 PJH |
| | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | Date:   May 8, 2008 |
| v. | Time:   2:30 p.m. |
| HAMMAN'S INC., and JAMES DEAN HAMMAN, | Courtroom: 3, 17th Floor |
| | Judge:  The Honorable Phyllis J. Hamilton |
| Defendants. | |

Plaintiffs respectfully request that the Case Management Conference currently scheduled for May 8, 2008, at 2:00 p.m., be continued for approximately 30-60 days, as follows:

1. A Complaint was filed in this action on January 29, 2008.

2. Defendants failed to appear or defend the action, and the clerk entered default in favor of Plaintiffs on March 6, 2008.

///

///

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-0680 PJH**

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\C08-0680 PJH - CMC Continuance Request 042408.DOC

3.	Although defendants did not to appear in this action, defendants agreed to discuss settlement to satisfy all amounts due. The terms of the settlement are currently being worked out between the parties.

4.	Plaintiffs therefore request that the Case Management Conference be continued for approximately 30-60 days, and that all other dates and deadlines in this action be vacated and continued, to allow the parties to draft and execute the necessary documents to resolve this action. In the event that defendants have not signed a Settlement Agreement by that date, plaintiffs will file a Motion for Default Judgment.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 24th day of April, 2008 at San Francisco, California.

SALTZMAN & JOHNSON
 LAWCORPORATION


By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs


IT IS SO ORDERED.

The Case Management Conference in this action is hereby continued to _July 3_____2008 at 2:30 p.m.  A Case Management Statement shall be filed by _June 26_____2008. All calendar dates and deadlines are hereby vacated, to be reset at the Case Management Conference.

Dated:_4/29/08_____	_____
United States District Judge
Judge Phyllis J. Hamilton

IT IS SO ORDERED

-2-
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C08-0680 PJH

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\C08-0680 PJH - CMC Continuance Request 042408.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 25, 2008, I served the following document(s):

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**James D. Hamman
Agent for Service of Process
Hamman's Inc.
9550 Occidental Road
Sebastopol, California 95472**

**James D. Hamman
9550 Occidental Road
Sebastopol, California 95472**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-3-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C08-0680 PJH**

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\C08-0680 PJH - CMC Continuance Request 042408.DOC