1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        (SAN FRANCISCO DIVISION)
11

12 | GIL CROSTHWAITE, et al., as Trustees of the | Case No.: C08-0680 PJH
   | OPERATING ENGINEERS HEALTH AND              |
13 | WELFARE TRUST FUND FOR NORTHERN             | **NOTICE OF CHANGE OF ADDRESS**
   | CALIFORNIA, et al.,                         |
14 |                                             |
   |        Plaintiffs,                          |
15 |   vs.                                       |
16 |                                             |
   | HAMMAN'S INC., and JAMES DEAN               |
17 | HAMMAN,                                     |
18 |        Defendants.                          |
19

20     NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman &

21 Johnson Law Corporation, will relocate its office. The new address to which copies of all

22 pleadings, notices, and other papers should be sent, **effective May 5, 2008**, is:

23
           Saltzman & Johnson Law Corporation
24         **44 Montgomery Street, Suite 2110**
           **San Francisco, California 94104**
25         Tel: 415-882-7900
           Fax: 415-882-9287
26

27
                                                              -1-
28                                          NOTICE OF CHANGE OF ADDRESS
                                                    Case No.: C08-0680 PJH

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\C08-0680 PJH Notice of Change of Address 042908.DOC

1 | Please note that the telephone and facsimile numbers have not changed.

2 | Dated: April 29, 2008                    SALTZMAN & JOHNSON LAW COPORATION

3

4 |                                          _____/s/_____
                                             Muriel B. Kaplan
5 |                                          Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C08-0680 PJH**

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\C08-0680 PJH Notice of Change of Address 042908.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 30, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by facsimile transmittal and by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **James D. Hamman**
> **Hamman's Inc.**
> **9550 Occidental Road**
> **Sebastopol, California 95472**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of April 2008, at San Francisco, California.

_____/s/_____
Diana Sage

-3-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C08-0680 PJH**

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\C08-0680 PJH Notice of Change of Address 042908.DOC