1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | GIL CROSTHWAITE, et al., as Trustees of the | Case No.: C08-0680 PJH
   | OPERATING ENGNEERS HEALTH AND
13 | WELFARE TRUST FUND FOR NORTHERN | **PROOF OF SERVICE**
   | CALIFORNIA; et al.,
14 |
   |        Plaintiffs,
15 | v.
   |
16 | HAMMAN'S INC., and JAMES DEAN
   | HAMMAN,
17 |
   |        Defendants.
18

19

20        I, the undersigned, declare:

21        I am a citizen of the United States and am employed in the County of San Francisco, State

22 of California.  I am over the age of eighteen and not a party to this action.  My business address is

23 120 Howard Street, Suite 520, San Francisco, California 94105.

24        On April 30, 2008, I served the following document(s):

25
                           **ORDER on**
26                **REQUEST FOR CONTINUANCE OF**
27                **CASE MANAGEMENT CONFERENCE**

28                                                                    -1-
                                                           **PROOF OF SERVICE**
                                                           **Case No.: C08-0680 PJH**

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\C08-0680 PJH Proof of Service 043008.DOC

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **James D. Hamman**<br>**Agent for Service of Process**<br>**Hamman's Inc.**<br>**9550 Occidental Road**<br>**Sebastopol, California 95472** | **James D. Hamman**<br>**9550 Occidental Road**<br>**Sebastopol, California 95472** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**PROOF OF SERVICE**
**Case No.: C08-0680 PJH**

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\C08-0680 PJH Proof of Service 043008.DOC