Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>HAMMAN'S INC., and JAMES DEAN HAMMAN,<br><br>  Defendants. | Case No.: C08-0680 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>   AND ORDER |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendants HAMMAN'S INC., and JAMES DEAN HAMMAN, individually. Defendants have neither served an answer nor moved for summary judgment, and plaintiffs have not previously filed or dismissed any similar action against defendants.

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: C08-0689 PJH

1   Defendants entered into a Stipulation for Entry of Judgment ("Stipulation") establishing a
2   payment plan to satisfy the amounts owed by defendants to plaintiffs in this current action.
3   Plaintiffs will only file the Stipulation should defendants fail to make any payment required under
4   the Stipulation.
5       It is therefore requested that this action be dismissed without prejudice, and that the Court
6   shall retain jurisdiction over this matter.
7       I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
8   entitled action, and that the foregoing is true of my own knowledge.
9       Executed this 26th day of June, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:_____/s/_____
        Michele R. Stafford
        Attorneys for Plaintiffs


IT IS SO ORDERED.

    This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Date: 6/26/08            _____
                         UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: C08-0689 PJH

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 26, 2008, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **James D. Hamman**<br>**Agent for Service of Process**<br>**Hamman's Inc.**<br>**9550 Occidental Road**<br>**Sebastopol, California 95472** | **James D. Hamman**<br>**9550 Occidental Road**<br>**Sebastopol, California 95472** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 26th day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: C08-0689 PJH