Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br>v.<br><br>HAMMAN'S INC., and JAMES DEAN HAMMAN,<br><br>Defendants. | Case No.: C08-0680 PJH<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 27, 2008, I served the following document(s):

**ORDER on
NOTICE OF VOLUNTARY DISMISSAL**

///
///
///

**PROOF OF SERVICE
CASE NO.: C08-0689 PJH**

P:\CLIENTS\OE3CL\Hammans Inc\Pleadings\C08-0680 PJH Proof of Service 062708.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

    **James D. Hamman**                **James D. Hamman**
    **Agent for Service of Process**      **9550 Occidental Road**
    **Hamman's Inc.**                   **Sebastopol, California 95472**
    **9550 Occidental Road**
    **Sebastopol, California 95472**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 27th day of June, 2008, at San Francisco, California.

                                _____/s/_____
                                      Vanessa de Fábrega